THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEST-BROOK-BUFFALO, INC., Appellant, against STATE TAX COMMISSION, Respondent.

Argued April 8, 1940; decided April 23, 1940.

*John W. Van Allen, George B. Barrell* and *Archibald M. Laidlaw* for appellant.

*John J. Bennett, Jr., Attorney-General (Harry T. O'Brien, Jr.,* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.